IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 23-3156 |
| | ) | |
| Plaintiff-Appellant, | ) | Appeal from the United States |
| | ) | District Court for the |
| v. | ) | Northern District of Illinois, |
| | ) | Eastern Division |
| KEVIN DELANEY, | ) | Case No. 22 CR 463 |
| | ) | |
| Defendant-Appellee. | ) | Honorable Robert W. Gettleman |

## GOVERNMENT'S UNOPPOSED MOTION TO STAY APPEAL

The UNITED STATES OF AMERICA, by its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, asks this Court for a stay of this appeal pending a decision in *United States v. Glen Prince*, Appeal No. 23-3155.

In both the instant appeal and *Prince*, the same district court employed the same reasoning to reach the same conclusion: that 18 U.S.C. § 922(g)(1), which prohibits felons from possessing firearms, is unconstitutional under the Second Amendment in light of *New York Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022). A decision in *Prince* almost certainly will resolve the instant appeal in its entirety. As a result, by staying the instant appeal, this Court can avoid expending judicial resources to address duplicative claims.

In support of this unopposed motion, the government incorporates the attached affidavit of Assistant United States Attorney Georgia N. Alexakis.

        Respectfully submitted,

        MORRIS PASQUAL
        Acting United States Attorney

By:   */s/ Georgia N. Alexakis*
       GEORGIA N. ALEXAKIS
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois  60604
       (312) 353-5300

United States of America　　)
　　　　　　　　　　　　　　)
Northern District of Illinois　)

## AFFIDAVIT

Georgia N. Alexakis, Assistant United States Attorney, deposes and states as follows:

1. I am the Assistant United States Attorney assigned to represent the government in *United States v. Kevin Delaney*, Appeal No. 23-3156. Currently, the government's opening brief is due December 19, 2023. This affidavit is submitted in support of a request that this Court stay this appeal pending a decision in *United States v. Glen Prince*, Appeal No. 23-3155.

2. On September 20, 2022, a grand jury returned an indictment against defendant Kevin Delaney charging him with one count of unlawful possession of ammunition, in violation of 18 U.S.C. § 922(g)(1). On November 7, 2023, the district court granted Delaney's motion to dismiss the indictment, holding that § 922(g)(1) is facially unconstitutional under the Second Amendment in light of *New York Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022).

3. Five days before granting Delaney's motion to dismiss, the same district court granted defendant Glen Prince's motion to dismiss. In both

matters, the district court employed the same reasoning to reach the same conclusion regarding the constitutionality of § 922(g)(1). The government's appeal in both *Prince* and *Delaney* will raise only one issue: whether the district court properly concluded that § 922(g)(1) is unconstitutional under the Second Amendment. A decision in *Prince* almost certainly will resolve the instant appeal in its entirety. As a result, this Court could stay briefing in the instant appeal to avoid expending judicial resources to address duplicative claims.[1]

4.    Delaney remains in federal custody pursuant to 18 U.S.C. § 3143(c). Notwithstanding this fact, the government believes that Delaney will not be prejudiced by a stay of this appeal pending a decision in *Prince* given the dispositive effect that a decision in *Prince* almost certainly will have on Delaney's appeal.

5.    Counsel for Delaney does not oppose this motion.

---

[1] The same district court applied the same reasoning to reach the same conclusion in five other matters, in which the government also has filed notices of appeal. *See United States v. Malik Daniel*, No. 23-3173; *United States v. Devon Freeman*, No. 23-3186; *United States v. Christopher Salme-Negrete*, No. 23-3212; *United States v. Johnny Anderson*, No. 23-3217; and *United States v. Jose Diaz*, No. 23-3259. In each of these matters, the government will soon file similar motions to stay the appeal (also unopposed), pending a decision by this Court in *Prince*. In *Prince*, the government has filed a motion seeking a 45-day extension of time to file its opening brief.

6.　Oral argument has not been scheduled, and this motion is not brought for the purpose of delay. If granted, the parties propose filing statements of position within seven days of a decision in *Prince*, or within whatever timeframe this Court orders.

*s/ Georgia N. Alexakis*
GEORGIA N. ALEXAKIS
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2023, I electronically filed the foregoing GOVERNMENT'S UNOPPOSED MOTION TO STAY APPEAL with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<u>*s/ Georgia N. Alexakis*</u>
GEORGIA N. ALEXAKIS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300